UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-59-KSF

KEVIN SCOTT ZEEFE                                                                                    PLAINTIFF

V.                                                         **ORDER**

QUICKEN LOANS INC.                                                                                 DEFENDANT

* * * * * * * * * * * * *

The parties having filed a Joint Report of Pending Settlement [DE 12] herein, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the pretrial conference and jury trial of this action scheduled for April 22, 2010 and May 25, 2010, respectively, are **SET ASIDE**.

This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket. The parties shall **TENDER** an agreed order dismissing this case with prejudice within thirty days from the entry of this order. The Court retains jurisdiction over the settlement agreement and incorporates its terms herein. The Court will entertain a motion to redocket this action upon application to the Court within thirty days from the entry of this order if the settlement is not consummated.

This April 2, 2010.



**Signed By:**

*Karl S. Forester*  *KSF*

**United States Senior Judge**